IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES E. HAMNER**
**ADC # 143063**                                                    **PLAINTIFF**

v.                                    **No. 5:18-cv-60-DPM-JTK**

**RORY GRIFFIN, Deputy Director,**
**Healthcare Services, ADC, *et al.***                    **DEFENDANTS**

### ORDER

On *de novo* review, the partly sustains Hamner's objections, № 9, and adopts the recommendation, № 7, as modified. FED. R. CIV. P. 72(b)(3). Hamner's claims about excessive force — including related claims about medical care following the alleged incident — are dismissed without prejudice to Hamner raising them in another lawsuit. To the extent Hamner claims that Strain, Coffield, and Washington denied him adequate medical care after the alleged excessive force, those claims are dismissed without prejudice, too. But his grievance-related claims against them are dismissed with prejudice. The Court directs the Clerk to terminate Gibson, Taylor, Plummer, Christopher, Bailey, Strain, Coffield, and Washington as defendants in this case.

So Ordered.

D.P. Marshall Jr.
United States District Judge

28 March 2018