# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CHARLES E. HAMNER**
**ADC # 143063**                                                    **PLAINTIFF**

v.                          No. 5:18-cv-60-DPM-JTK

**RORY GRIFFIN, Deputy Director,**
**Healthcare Services, ADC,** *et al.*                              **DEFENDANTS**

## ORDER

**1.** On *de novo* review, the Court adopts the first partial recommendation, № 52, and overrules Hamner's objections, № 55. FED. R. CIV. P. 72(b)(3). Hamner's motions for preliminary injunctive relief, *№ 40 & № 44*, are denied.

**2.** On *de novo* review, the Court declines the second partial recommendation, *№ 53*, and sustains Hamner's objections, *№ 56*. Hamner complied with the Court's 19 April 2018 Order when he provided full names for Defendants Wilson, Coleman, and Harris. *№ 22 at 2 & № 31 at 1*. The Court therefore returns the case to the Magistrate Judge to determine whether the period for service should be extended for good cause. FED. R. CIV. P. 4(m).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*13 August 2018*