# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CHARLES E. HAMNER**
**ADC # 143063**                                              **PLAINTIFF**

v.                    No. 5:18-cv-60-DPM-JTK

**RORY GRIFFIN, Deputy Director,**
**Healthcare Services, ADC,** *et al.*                         **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's partial recommendation, № 144, and overrules Hamner's objections, № 145. Getting mental-health medication as prescribed is a serious medical need. But Hamner hasn't cleared the high bar of showing that the missed doses were the result of Griffin's deliberate indifference to that need. Griffin's motion for summary judgment, № 99, is therefore granted. Hamner's claims against Griffin are dismissed with prejudice.

So Ordered.

*/s/ WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 June 2019