IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES E. HAMNER
ADC # 143063                                                      PLAINTIFF

v.                          No. 5:18-cv-60-DPM

KRYSTAL COLEMAN,
Nurse, Correct Care Solutions                                     DEFENDANT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation, № 152, and overrules Hamner's objections, № 153. FED. R. CIV. P. 72(b)(3). A clarification: Hamner argues that the recommendation analyzed the wrong Exhibit B. *Compare* № 2 at 53–56, *with* № 2 at 57. But the inmate request form Hamner cites doesn't help his case here; it isn't a grievance and therefore wasn't exhausted as to Coleman either.

Most of Hamner's claims against Coleman weren't properly exhausted. And on the few exhausted incidents, Hamner hasn't met proof with proof to show that the missed medication doses amounted to an Eighth Amendment violation. His claims against Coleman will therefore be dismissed with prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 August 2019