# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CHARLES E. HAMNER
ADC # 143063                                              PLAINTIFF

v.                       No. 5:18-cv-60-DPM

RORY GRIFFIN, Deputy Director,
Healthcare Services, ADC, *et al.*                        DEFENDANTS

## JUDGMENT

1. Hamner's grievance-related claims against Strain, Coffield, and Washington are dismissed with prejudice.

2. Hamner's inadequate medical care claims against Allen, Gardner, Harris, Kelley, Leaks, Wilson, Power, Griffin, and Coleman are dismissed with prejudice.

3. All other claims are dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 August 2019